JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE WASHINGTON,**<br><br>Plaintiff,<br><br>**v.**<br><br>**J. RUPP, et al.,**<br><br>Defendants. | 2:19-cv-10033-FMO-JC<br><br>**ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Having read and considered the parties' Joint Stipulation for Voluntary Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the stipulation is GRANTED.

Accordingly, IT IS HEREBY ORDERED THAT:

1.    The action is dismissed in its entirety as to all parties with prejudice;

2.    Each party shall bear its own litigation costs and attorney's fees.

**IT IS SO ORDERED.**

Dated:  June 13, 2022 _____

/s/ _____

Honorable Fernando M. Olguin
United States District Judge

1